OPINION — AG — ** NEPOTISM — APPOINTMENT — WIFE OR BROTHER ** IT IS NOT A VIOLATION OF THE NEPOTISM LAWS OF THE STATE, OR ANY OTHER LAW THEREOF, FOR A PUBLIC OFFICER TO APPOINT OR VOTE FOR THE APPOINTMENT OF THE " WIFE OF HIS OWN WIFE'S BROTHER " TO A PUBLIC OFFICE OR EMPLOYMENT, THE COMPENSATION OF WHICH IS PAYABLE FROM PUBLIC FUNDS. (RELATIONS) CITE: OPINION NO. JUNE 8, 1936 — MALCOLM, 21 O.S. 481 [21-481], 21 O.S. 484 [21-484] (FRED HANSEN)